# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 18-1820

DAVID AULIK and NICOLE AULIK

       Plaintiffs,

v.

NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA

       Defendant.

---

**DEFENDANT NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA'S NOTICE OF REMOVAL**

---

    **TO:**    Andrew M. Newcomb, Esq.
              Jennifer A. Milne, Esq.
              Speights and Worrich, LLC
              2149 South Holly Street, Suite 105
              Denver, Colorado 80222

              District Court, County of Jefferson, State of Colorado
              100 Jefferson County Parkway
              Golden, Colorado 80401

**PLEASE TAKE NOTICE** that Defendant Nationwide Affinity Insurance Company of America ("Nationwide"), a corporation incorporated in Ohio with its principal place of business in Ohio, removes this action from the Jefferson County District Court and gives notice thereof in accordance with 28 U.S.C. § 1446 upon the following grounds:

    1.    The above action was filed in the District Court in Jefferson County, Case No. 2018CV31014, and is now pending in that Court. *See* Complaint, attached as **Exhibit A**. Service of Process, including a Summons, Civil Cover Sheet, and Complaint, were served on Nationwide on June 27, 2018. *See* Summons; attached as **Exhibit B**; Civil Cover Sheet, attached as **Exhibit C**; Return of Service, attached as

**Exhibit D**. The Civil Cover Sheet served on Nationwide on June 27, 2018 indicates that a monetary judgment over $100,000 is sought against Nationwide. *See* Exhibit C. *See also Paros Props. LLC v. Colo. Cas. Ins. Co.*, 835 F.3d 1264 (10th Cir. 2016). This Notice of Removal is filed within thirty days after the receipt by Nationwide of a copy of the paper from which it was first ascertained that the case is one which is removable. *See* 28 U.S.C. § 1446(b)(3).

2.  This is a civil action involving an amount in controversy exceeding $75,000, exclusive of interests and costs, between parties of diverse citizenship, and for which this Court has original jurisdiction under 28 U.S.C. § 1332.

3.  Plaintiffs David Aulik and Nicole Aulik are citizens of the State of Colorado. *See* Exhibit A at p. 1 ¶ 1. Defendant Nationwide is a citizen of the State of Ohio, with its principal place of business in Ohio. *See* Colorado Secretary of State Certification and Report, attached as **Exhibit E**. No change of citizenship of the parties has occurred since the commencement of this action. Under 28 U.S.C. § 1332(a), there is complete diversity of citizenship between Plaintiffs and Nationwide.

4.  In the lawsuit, Plaintiffs seek economic and non-economic damages for alleged hail damage to their property on May 8, 2017. *See* Exhibit A at p. 2 ¶ 11. Plaintiffs are pursuing damages in excess of $100,000. *See* Exhibit C. Plaintiffs seek alleged contract damages, as well as damages of double that amount under C.R.S. §§ 10-3-1115 & 1116, attorneys' fees and court costs under C.R.S. §§ 10-3-1115 & 1116, plus damages for common law bad faith. *See* Exhibit A. These amounts are in excess of $75,000. *See Laughlin v. K-Mart Corp.*, 50 F.3d 871, 873 (10th Cir. 1995) ("the amount in controversy is ordinarily determined by the allegations in the complaint, or, where they are not dispositive, by the allegations in the notice of removal").

5.      Nationwide is entitled to remove the above action from the State District Court to the United States District Court pursuant to 28 U.S.C. §§ 1332 and 1446.

6.      Pursuant to D.C.COLO.LCivR 81.1, copies of all pleadings and orders are attached and filed with this notice.  They are as follows:

Summons filed on June 22, 2018, attached as Exhibit B;

Civil Case Cover Sheet filed on June 22, 2018, attached as Exhibit C;

Complaint filed on June 22, 2018, attached as Exhibit A;

Civil Procedure Order filed on June 22, 2018, attached as **Exhibit F**;

Return of Service filed on June 28, 2018, attached as Exhibit D;

Entries of Appearance of John M. Palmeri and Katelyn S. Werner for Nationwide filed on July 5, 2018, attached as **Exhibit G**.

In addition, the Register of Actions is attached as **Exhibit H**.

7.      Further, Nationwide states that no hearings have been set in the state court action and no motions are currently pending in the state court action.

8.      Pursuant to D.C.COLO.LCivR 3.1, a Supplemental Cover Sheet for Notices of Removal is being filed contemporaneously with this Notice of Removal.

9.      Pursuant to 28 U.S.C. § 1446(a), this pleading is being signed under F.R.C.P. 11.

Dated this 18th day of July, 2018.

**GORDON REES
SCULLY MANSUKHANI, LLP**

/s/*Katelyn S. Werner*
John M. Palmeri, No. 14252
Katelyn S. Werner, No. 41253
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Telephone: (303) 534-5160
jpalmeri@grsm.com
kwerner@grsm.com

*Attorneys for Defendant Nationwide Affinity Insurance Company of America*